IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH FERGUSON,

     Plaintiff,                      No. CIV S-05-1340 GEB JFM P

    vs.

C. D. BROWN, et al.,

     Defendants.             <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On his request to proceed in forma pauperis, plaintiff represents that he is employed at the prison but receives no pay, and that he has not received any money from any source for the past twelve months. The trust account statement appended to the application reflects a starting balance of $609.35 and a cash deposit to his trust account in the amount of $212.80 during the six month period that preceded the filing of this action. Good cause appearing, plaintiff will be given an opportunity to explain the discrepancy between his in forma pauperis application and the trust account statement appended thereto. Plaintiff shall explain the source of the cash deposit to his account and whether he expects to continue to receive funds

/////

1

1  from that or any other source.  Plaintiff is cautioned that Fed. R. Civ. P. 11 provides for
2  imposition of sanctions on parties who intentionally file false information with the court.
3  In accordance with the above, IT IS HEREBY ORDERED that within twenty days
4  from the date of this order plaintiff shall file an affidavit explaining the discrepancies between
5  his in forma pauperis application and the trust account statement appended thereto. Plaintiff's
6  failure to comply with this order will result in a recommendation that this action be dismissed.
7  DATED:  July 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
ferg1340.ifpexpl