IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH FERGUSON,

      Plaintiff,                      No. CIV S-05-1340 GEB JFM P

    vs.

C. D. BROWN, et al.,

      Defendants.                 FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed July 22, 2005, plaintiff was ordered to file within twenty days an affidavit explaining discrepancies between his in forma pauperis application and the trust account statement appended thereto and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The twenty day period has now expired, and plaintiff has not filed the required affidavit or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
2  shall be served and filed within ten days after service of the objections.  The parties are advised
3  that failure to file objections within the specified time may waive the right to appeal the District
4  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5  DATED:  August 25, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
ferg1340.fifpexpl