IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH FERGUSON,

      Plaintiff,                     No. CIV S-05-1340 GEB JFM P

    vs.

C. D. BROWN, et al.,

      Defendants.            <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. By an order filed July 22, 2005, plaintiff was ordered to file within twenty days an affidavit explaining discrepancies between his in forma pauperis application and the trust account statement appended thereto and was cautioned that failure to do so would result in a recommendation that this action be dismissed. Plaintiff failed to timely respond to the court's order and on August 26, 2005, this court issued findings and recommendations recommending dismissal of the action without prejudice. On September 8, 2005, plaintiff filed objections to the findings and recommendations, and on September 13, 2005, plaintiff paid $150.00 toward the $250.00 filing fee for this action.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed August 26, 2005 are vacated;

1

1      2. Plaintiff is granted twenty days from the date of this order to comply with the
2  court's July 22, 2005 order; and
3      3. The Clerk of the Court is directed to reserve a copy of this court's July2 2,
4  2005 order on plaintiff.
5  DATED: October 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
ferg1340.vac